# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2423

_____

William B. Gabriel,                          *
                                             *
                    Appellant,               *
                                             *     Appeal from the United States
          v.                                 *     District Court for the
                                             *     Eastern District of Arkansas.
William N. Summers; Stephen F.               *
Daniels; Jeffrey L. Clothier; North          *     [UNPUBLISHED]
Bluffs Development Corporation; Does,         *
1-100,                                       *
                                             *
                    Appellees.               *

_____

Submitted: July 30, 2008
Filed:  July 31, 2008

_____

Before MURPHY, BYE, and BENTON, Circuit Judges.

_____

PER CURIAM.

William Gabriel appeals the district court's[1] dismissal of his pro se action as well as various adverse orders, including the court's order denying his motion for injunctive relief. After careful review, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.